**Order entered April 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00039-CV

**THE CITY OF DALLAS, Appellant**

**V.**

**THOMAS A. DAVENPORT, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-09411-K**

## ORDER

The Court has before it appellee's April 22, 2013 second unopposed motion for extension of time to file reply to appellant's brief. The Court **GRANTS** the motion and **ORDERS** appellee to file his brief by May 24, 2013. No further extensions will be granted absent a showing of exceptional circumstances.

/s/      ELIZABETH LANG-MIERS
JUSTICE